IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

**FILED**
U.S. District Court
D    Kansas

DEC 04 2007

Clerk, U.S. ...rt
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | No. 07-M-6352-01-DWB |
| TODD R. GEHRINGER, ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about December 3, 2007, in the District of Kansas, the defendant,

### TODD R. GEHRINGER,

a person who is an unlawful user of and addicted to any controlled substance, did knowingly possess a firearm, including but not limited to one or more of the following, to-wit: a J.P. Sauer and Sohn, model Royal, 20 gauge shotgun; a Davis Industries, model DM-22, .22 caliber derringer; a Ruger, model Redhawk, .44 caliber revolver; two Ruger, model Blackhawk, .45 caliber revolvers; a Ruger, model Blackhawk, .357 caliber revolver; a Smith & Wesson, model 60, .38 Special caliber revolver; and a Llama, model IX-A, .45 caliber pistol, each of which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2)

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this Complaint is based on the following facts:

(see attached Affidavit, which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof:   X Yes          ☐ No

_____
Michael A. Jones, Special Agent
Signature of Complainant

Sworn to before me and subscribed in my presence this 4th day of December, 2007 at Wichita, Kansas.

_____
Donald W. Bostwick
United States Magistrate Judge

## AFFIDAVIT

I, Michael A. Jones, being duly sworn, state the following:

1. Your affiant is employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and is charged with investigating violations of Federal Firearms and Explosives Laws. Your affiant has been so employed for approximately 3 years.

2. Your affiant is involved in an investigation into violations of Federal Firearms and Narcotics Laws on the part of Todd R. GEHRINGER, a white male with a date of birth of XX/XX/1965 and social security number of XXX-XX-XXXX. Your affiant has knowledge of information that is either, personally known to the affiant, or has been provided to the affiant by other law enforcement personnel and witnesses.

3. As a result of your affiant's training and experience as an ATF Special Agent, your affiant is knowledgeable of Federal Firearms and Narcotics Laws and has probable cause to believe that the following crimes have been committed by GEHRINGER:

   Title 18, U.S.C., Section 922(j) – It shall be unlawful for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition, or pledge or accept as security for a loan any stole firearm or stolen ammunition, which is moving as, which is a part of, which constitutes, or which has been shipped or transported in, interstate or foreign commerce, either before or after it was stolen, knowing or having reasonable cause to believe that the firearm or ammunition was stolen.

   Title 18, U.S.C., Section 922(g)(3) – It shall be unlawful for any person who is an unlawful user of or addicted to a controlled substance (as defined in section 102 of the Controlled Substance Act (21 U.S.C. 802)) to ship or transport in interstate commerce, or possess in or affecting interstate commerce, any firearm or ammunition; or to receive any firearms or ammunition which have been shipped or transported in interstate or foreign commerce.

   Title 21, U.S.C., Section 844(a) – It shall be unlawful for any person knowingly or intentionally to possess a controlled substance unless such substance was obtained directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the course of his professional practice.

4. On July 14, 2006, agents with the ATF Wichita Field Office were assisting Harvey County Sheriff's Department (HCSD) Detective B.J. Tyner investigate the theft of several firearms from a residential burglary. Det. Tyner developed information that one or more of the stolen firearms had been sold to an individual

that lived at 910 E. Mt. Vernon, Wichita, Kansas. ATF Agents and Det. Tyner traveled to 910 E. Mt. Vernon and made contact with the occupants. One of the occupants was identified as Todd R. GEHRINGER. GEHRINGER stated that the suspect of the burglary, Barry Fillman had come to GEHRINGER's residence and offered to sell him some firearms, but GEHRINGER had not purchased any because he is a convicted felon. ATF Agents searched GEHRINGER's residence and discovered 5.82 grams of cocaine, marijuana and prescription pills.

5. On October 10, 2006, WPD Officer Chad A. Cooper conducted a traffic stop of a vehicle driving erratically. The vehicle was being driven by GEHRINGER and was occupied by Ricki Starks. Officer Cooper arrested GEHRINGER who admitted to using narcotics on that date. Officer Cooper conducted a search incident to arrest of the vehicle and recovered approximately 35 grams of a mixture containing methamphetamine and prescription pills. Ricki Starks was interviewed and stated that the narcotics in the vehicle belonged to GEHRINGER.

6. On December 19, 2006, WPD Officers McVay and Wolfram were in the parking lot of a business adjacent to Homeland Foods, 640 N. West St., Wichita, KS 67203. Officers McVay and Wolfram observed a vehicle strike a signpost in the Homeland Foods parking lot and Officers McVay and Wolfram contacted the driver. The driver was identified as GEHRINGER. Officer McVay performed a field sobriety test on GEHRINGER and subsequently arrested GEHRINGER for driving under the influence. McVay looked in the passenger compartment of the Chevrolet pickup and observed a silver handgun concealed in a cloth glove. Officer McVay seized the firearm as well as approximately 95 grams of methamphetamine, marijuana and prescription pills from the vehicle. The firearm was identified as a Cobra Enterprises of Utah, model CA32, .32 caliber pistol, serial number: CP021804. During the incident, GEHRINGER stated to Officer McVay that he was an addict of controlled substances.

7. On February 2, 2007, KHP Trooper Waller attempted to stop a vehicle driving erratically. The driver of the vehicle, later identified as GEHRINGER, fled from Trooper Waller, who gave pursuit. GEHRINGER eventually abandoned his vehicle and fled on foot, until he fell through the ice and into the Arkansas River. Trooper Waller apprehended GEHRINGER and he was transported to the hospital for treatment. GEHRINGER was released from the hospital and transported to the Sedgwick County Jail, where 3.46 grams of methamphetamine were recovered from his person.

8. On February 26, 2007, ATF Agents contacted GEHRINGER in the driveway of his place of residence, 622 N. Tracy, Wichita, Kansas. ATF Agents asked GEHRINGER about his past arrests and drug use. GEHRINGER stated several times that he is an addict. ATF Agents asked for consent to search GEHRINGER's residence and were allowed to enter the residence. ATF Agents recovered seven long guns, five handguns, marijuana and prescription pills from the residence. ATF Agents asked GEHRINGER about his drug use and

GEHRINGER stated that he is an addict to methamphetamine. S/A Jones asked GEHRINGER when the last time he used narcotics was and GEHRINGER stated that he had used earlier that day. The items recovered were abandoned to ATF by GEHRINGER.

9. On December 3, 2007, ATF Agents executed a search warrant at GEHRINGER's residence, 622 N. Tracy, Wichita, Kansas. During the search, Agents recovered a J.P. Sauer and Sohn, model Royal, 20 gauge shotgun; a Davis Industries, model DM-22, .22 caliber derringer; ammunition; approximately 31.4 grams of a substance which field-tested positive for methamphetamine and narcotics paraphernalia from the residence. GEHRINGER was apprehended outside of the residence after a brief foot pursuit. Approximately 29.8 grams of a substance, which field-tested positive for methamphetamine, and approximately 16.0 grams of a substance, which field-tested positive for marijuana, was recovered from the ground near the spot where GEHRINGER was apprehended. GEHRINGER was interviewed and admitted to being an addict of methamphetamine.

10. During interview, GEHRINGER also gave consent to search a storage unit he rents and provided the location of firearms and ammunition in the storage unit. ATF Agents executed a consent search at Maxsecure Storage, 3540 W. Douglas, Unit G-9, Wichita, Kansas. GEHRINGER provided keys and access codes to allow Agents to enter the storage unit. During the search, Agents recovered a Ruger, model Redhawk, .44 caliber revolver; a Ruger, model Blackhawk, .45 caliber revolver; a Ruger, model Blackhawk, .357 caliber revolver; another Ruger, model Blackhawk, .45 caliber revolver; a Smith & Wesson, model 60, .38 Special caliber revolver; a Llama, model IX-A, .45 caliber pistol, numerous rounds of ammunition, seven M-18 Green Smoke rounds; a M7-A3 Riot Gas round; a M116-A1 Hand Grenade Simulator (which is classified as an explosive device). The Ruger handguns and the Smith & Wesson handgun match the description of firearms reported stolen the Wichita Police Department on November 30, 2007.

11. Based upon the above facts, your affiant believes that there is probable cause to believe that violations of Title 18, United States Code, Section 922(g)(3) have occurred.

Michael A. Jones
ATF Special Agent

Subscribed and sworn to before me on this 4th day of December 2007.

United States Magistrate Judge