IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'07 DEC 18 AM 11:33

CLERK, U.S. DISTRICT COURT
BY_____
AT WICHITA, KS

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )   Criminal Action
                          )
     v.                   )   No. 07-10223-01-MLB
                          )
TODD R. GEHRINGER,        )
                          )
            Defendant.    )
_____)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 26, 2007, in the District of Kansas, the defendant,

**TODD R. GEHRINGER,**

a person who is an unlawful user of any controlled substance, did knowingly possess a firearm, including but not limited to one or more of the following, to-wit:

Hamilton Model 27, .22 caliber rifle;
Winchester model 190 .22 caliber rifle;
Marlin model Glenfield Mod 10, .22 caliber rifle;
Rohm model RG 15, .22 caliber rifle;
Marlin model Glenfield Mod 60, .22 caliber rifle;
Springfield model Old Timer, .410 gauge shotgun;
Franchi .20 gauge shotgun;
Harrington & Richardson model Premiere, .32 caliber revolver;
Harrington & Richardson model 733, .32 caliber revolver;
Mauser model 1895, 7 x 57 rifle;
Rossi model 68, .38 caliber rifle; and
Colt model Police Positive Special .38 caliber revolver,

each of which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2)

## COUNT TWO

On or about February 26, 2007, in the District of Kansas, the defendant,

**TODD R. GEHRINGER,**

did knowingly, unlawfully and intentionally possess a controlled substance, to-wit: 26.33 grams of a mixture or substance containing marijuana.

In violation of Title 21, United States Code, Section 844.

## COUNT THREE

On or about February 2, 2007, in the District of Kansas, the defendant,

**TODD R. GEHRINGER,**

did knowingly, unlawfully and intentionally possess a controlled substance, to-wit 3.46 grams of a mixture or substance containing methamphetamine.

In violation of Title 21, United States Code, Section 844.

## COUNT FOUR

On or about December 19, 2006, in the District of Kansas, the defendant,

**TODD R. GEHRINGER**

did knowingly, intentionally, and unlawfully possess with intent to distribute 5 grams or more of methamphetamine (approximately 42 grams), a controlled substance.

In violation of Title 21, United States Code, Section 841 (a)(1).

## COUNT FIVE

On or about December 19, 2006, in the District of Kansas, the defendant,

**TODD R. GEHRINGER,**

a person who is an unlawful user of any controlled substance, did knowingly possess a

firearm, including but not limited to, a Cobra .32 automatic handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT SIX

On or about December 19, 2006, in the District of Kansas, the defendant,

### TODD R. GEHRINGER,

did knowingly, intentionally, unlawfully, possess a firearm, to wit: a Cobra .32 automatic handgun, in furtherance of any drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT SEVEN

On or about December 19, 2006, in the District of Kansas, the defendant,

### TODD R. GEHRINGER

did knowingly, unlawfully and intentionally possess a controlled substance, to-wit: 11.52 grams of a mixture or substance containing marijuana.

In violation of Title 21, United States Code, Section 844.

### COUNT EIGHT

On or about December 3, 2007, in the District of Kansas, the defendant,

### TODD R. GEHRINGER,

a person who is an unlawful user of any controlled substance, did knowingly possess a firearm, including but not limited to one or more of the following, to-wit:

    a J.P. Sauer and Sohn model Royal, 20 gauge shotgun;
    a Davis Industries, model DM-22, .22 caliber derringer;
    a Ruger, model Redhawk, .44 caliber revolver;

   a Ruger model Blackhawk, .45 caliber revolver;
   two Ruger, model Blackhawk, .357 caliber revolvers;
   a Smith & Wesson, model 60, .38 special caliber revolver;
   and a Llama, model IX-A, .45 caliber pistol,

each of which had been shipped and transported in interstate commerce.

  In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL

12-18-07
DATE           FOREMAN OF THE GRAND JURY

_(signature)_ for

Eric F. Melgren
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this /8th day of December, 2007.

_(signature)_
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE