IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   } | |
|     Plaintiff,   } | |
| } | |
| vs.   } | Case No.  07-10223-01 MLB |
| } | |
| TODD R. GEHRINGER,   } | |
|     Defendant.   } | |
| _____} | |

**APPEAL FROM DENIAL OF MOTION FOR
RECONSIDERATION OF DETENTION ORDER**

COMES NOW the defendant, Todd R. Gehringer, by and through his attorney, Steven K. Gradert, Assistant Federal Public Defender for the District of Kansas, and appeals from the Order denying defendant's Motion for Reconsideration of the Detention Order in this case by the Honorable United States Magistrate Donald W. Bostwick on December 19, 2007. On behalf of this motion, defendant states as follows:

BACKGROUND

Defendant Todd Gehringer was originally charged in an eight count indictment with possession of a firearm (counts 1, 5, 6, 8), possession of marijuana (counts 2 and 7), possession of methamphetamine (counts 3 and 4). A detention hearing was conducted on December 7, 2007 before the magistrate court and Gehringer was detained. The Court heard an oral motion to reconsider the detention at the arraignment held December 19, 2007. The defendant has written a letter to this Court requesting reconsideration of the detention order and asked counsel to file a motion for that purpose.

Counsel and defendant submit that they would be in a better position to assist one another in preparation of the defense if defendant were not in custody. The defendant is in need of both drug and mental health treatment which could be provided as a condition of his release. The defendant also has gainful employment with Larry Cook Construction, by Mr. Steve Templeton. He would be doing framing, stucco and tile work.

The defendant is willing to do in-patient treatment and if that is more than would be required, he is willing to reside at the halfway house or be placed on electronic monitoring while attending counseling on an out-patient basis. He has just learned that his wife, Ms. Dana Elwell, is pregnant with their child, and it is his desire to provide as much assistance to Ms. Elwell as he can while his case is pending.

WHEREFORE, defendant prays this Court grant defendant a hearing on this matter and for reconsideration of the detention order, and permit defendant Gehringer to be released on the conditions set forth above in this appeal.

Respectfully submitted,

s/Steven K. Gradert
STEVEN K. GRADERT
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Steve_Gradert@fd.org
KS Sup. Ct. No. 12781

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed the foregoing Appeal From Denial Of Motion For Reconsideration Of Detention Order with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Donald C. Oakley
    Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS  67202

one copy mailed to:

    Todd Gehringer
    c/o Butler County Jail
    701 S. Stone Road
    El Dorado, KS 67042

    s/Steven K. Gradert
    STEVEN K. GRADERT
    Assistant Federal Public Defender
    Federal Public Defender Office
    301 N. Main, Suite 850
    Wichita, KS 67202
    Telephone: (316) 269-6445
    Fax: (316) 269-6175
    E-mail: Steve_Gradert@fd.org
    KS Sup. Ct. No. 12781