IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
|     Plaintiff, | } | |
| | } | |
| vs. | } | Case No.  07-10223-01 MLB |
| | } | |
| TODD R. GEHRINGER, | } | |
|     Defendant. | } | |
| _____ | } | |

## MOTION TO PRODUCE TRANSCRIPT OF HEARING
## ON DEFENDANT'S APPEAL OF THE DETENTION ORDER

COMES NOW the defendant, Todd R. Gehringer, by and through his attorney, Steven K. Gradert, Assistant Federal Public Defender for the District of Kansas, and moves this Court for an order to produce the transcript of the hearing conducted in this Court on January 22, 2008, that addressed the appeal of the defendant's detention.

The purpose of this request is that defendant has requested that counsel file a motion for recusal based on what the defendant perceived to be a violation of due process because of judicial bias or an appearance of bias.

Ordinarily, when a judge's words or actions are motivated by events originating within the context of judicial proceedings, they are insulated from charges of bias. *Liteky v. United States*, 510 U.S. 540, 554-56, 114 S. Ct. 1147, 127 L.Ed.2d 474 (1994). Therefore, "adverse rulings cannot in themselves form the appropriate grounds for disqualification." *Green v. Branson*, 108

F.3d 1296, 1305 (10th Cir. 1997) (quotation omitted).

Recusal is, however, necessary when a judge's actions or comments "reveal such a high degree of favoritism or antagonism as to make fair judgment impossible." *Id.* at 555, 114 S. Ct. 1147.

Counsel for the defendant is not sure precisely what comments were made during the proceedings that might mandate a recusal request and therefore request a transcript of the proceeding for the benefit of and at the request of the defendant.

WHEREFORE, counsel for the defendant moves this Court for an order to produce the transcript of the hearing conducted in this Court on January 22, 2008, that addressed the appeal of the defendant's detention.

Respectfully submitted,

s/Steven K. Gradert
STEVEN K. GRADERT
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Steve_Gradert@fd.org
KS Sup. Ct. No. 12781

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2008, I electronically filed the foregoing MOTION TO PRODUCE TRANSCRIPT OF HEARING ON DEFENDANT'S APPEAL OF THE DETENTION ORDER with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Chris Oakley
    Special Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS  67202

one copy mailed to:

    Todd R. Gehringer
    c/o Butler County Jail
    701 S. Stone Road
    El Dorado, KS 67042

    s/Steven K. Gradert
    STEVEN K. GRADERT
    Assistant Federal Public Defender
    Federal Public Defender Office
    301 N. Main, Suite 850
    Wichita, KS 67202
    Telephone: (316) 269-6445
    Fax: (316) 269-6175
    E-mail: Steve_Gradert@fd.org
    KS Sup. Ct. No. 12781