IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>TODD R. GEHRINGER,<br>      Defendant. | Case No.   07-10223-01 MLB |

**ORDER TO CONTINUE PRETRIAL MOTION DEADLINE,
STATUS CONFERENCE/PLEA HEARING AND JURY TRIAL**

NOW on this 11th day of February, 2008, the above matter comes before the Court upon the motion of counsel for the defendant for a continuance of the deadline for filing pretrial motions for a period of 30 days, the status conference/plea hearing presently scheduled for February 19, 2008, at 1:30 p.m., and the jury trial scheduled for February 26, 2008, at 9:00 a.m., to a later date to be determined by the Court.

The Court, after reviewing the motion and being fully advised in the premises finds that counsel for the defendant states that he is making this request pursuant to 18 U.S.C. § 3161(8)(A) and (B)(ii), and in conformity with the recent decision in *United States v. Williams*, 2007 WL 4443224 (C.A. 10 (Okla.)), in that counsel submits that this case is unusual and/or complex in that the nature of the prosecution involves multiple incidents, which include not only the four (4) separate incidents in the Indictment, but also three (3) or four (4) additional incidents as evidenced by

the discovery provided to counsel by the United States on January 30, 2008. All of these separate incidents require close examination due to their impact on the potential sentence the defendant faces if convicted of any of the charges contained in the Indictment. They may or may not have relevance as to any "other bad acts" evidence, pursuant to Fed. R. Evid. 404(b), the government may attempt to introduce at the trial of this matter.

Due to the fact that these separate incidents are alleged to have taken place starting in mid 2006 and continue up until the defendant's arrest in late 2007, there is a need to investigate and interview potential witnesses who because of the time lapse may be difficult to locate in the time allotted by the Speedy Trial Act.

Further, counsel is presently scheduled to start a jury trial in *United States v. Wynn*, Case No. 03-10157-01-JTM, on February 26, 2008. This case, as the Court can see, is a very old case that has been continued numerous times and there is a possibility that it may be continued again at the request of new counsel for the co-defendant who just entered an appearance on February 5, 2008. Nevertheless, counsel is in the process of preparation for that trial in anticipation that it will start as scheduled.

Counsel submits that the United States, through Chris Oakley, does not oppose this request.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be

excludable time as provided for in 18 U.S.C. 3161 (h)(8) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the deadline for filing pretrial motions be continued for a period of 30 days, until March 7, 2008, the status conference/plea hearing is scheduled for March 17, 2008, at 9:30 a.m. and the jury trial is scheduled for March 25, 2008, at 9:00 a.m.

                                            S/Monti Belot
                                      _____
                                      HONORABLE MONTI L. BELOT
                                      UNITED STATES DISTRICT COURT JUDGE

APPROVED:


s/Steven K. Gradert
STEVEN K. GRADERT
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Steve_Gradert@fd.org
KS Sup. Ct. No. 12781


s/Donald C. Oakley
DONALD C. OAKLEY
Special Assistant U.S. Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: chris.oakley@usdoj.gov
KS Sup. Ct. No. 19248