IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

```
UNITED STATES OF AMERICA,       }
     Plaintiff,                 }
                                }
vs.                             }   Case No.  07-10223-01 MLB
                                }
TODD R. GEHRINGER,              }
     Defendant.                 }
_____}
```

## MEMORANDUM IN SUPPORT OF
## MOTION TO SUPPRESS EVIDENCE SEIZED
## FROM ALLEGED CONSENSUAL SEARCHES

### FACTS

On February 26, 2007, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents contacted defendant, Todd Gehringer, at his residence on North Tracy in Wichita, Kansas. The agents asked Gehringer a number of questions about drug use and his knowledge of the whereabouts of firearms. The agents asked Gehringer for permission to search his residence and he would not give them consent, although he did allow the agents to enter the residence to examine some firearms he had inside. He abandoned those firearms to the agents. He then was asked if he had any drugs and he showed them where he kept his drugs which were seized. Finally, he showed the agents his attic and numerous additional guns were recovered. All of these items were abandoned to the agents. Gehringer was not arrested at this time.

On December 3, 2007, in connection with a search warrant that was issued to search the defendant's residence on North Tracey in

Wichita, Kansas, Gehringer allegedly consented to the search of a storage unit located at Max Secure Storage, 3540 W. Douglas, Wichita, Kansas, Unit G9. A large number of firearms were recovered from this storage unit as a result of this alleged consensual search.

## ARGUMENT

Defendant Gehringer submits that the only reason he gave consent to search these areas was that he was promised by agents of the ATF that if he gave his consent, he would not be prosecuted and that they were just attempting to recover items that they believed had been stolen from burglaries. He also submits that his mental condition and capacity to consent was impaired by his regular usage of controlled substances.

A warrantless search of a suspect's premises is unreasonable per se under the Fourth Amendment unless the government shows that the search falls within one of a carefully defined set of exceptions, such as a valid consent. *United States v. Butler*, 966 F.2d 559, 562 (10th Cir. 1992). Whether a consent to search was in fact voluntary or was the product of duress or coercion, express or implied, is a question of fact to be determined by the totality-of-the-circumstances. *Schneckloth v. Bustamonte*, 412 U.S. 218, 227, 93 S.Ct. 2041, 2047-48, 36 L. Ed. 2d 854 (1973). In determining whether a consent to search is voluntary, a court should consider the following: physical mistreatment, use of violence or threats of

violence, promises or inducements, deception or trickery, and the physical and mental condition and capacity of the defendant. *United States v. McCurdy*, 40 F.3d 1111, 1119 (10th Cir. 1994). Evidence obtained by a consent based search is admissible only if the government (1) produced clear and positive testimony that the consent was unequivocal, specific, and freely given, and (2) proves that the consent was given without duress or coercion, express or implied.  *Butler*, 966 F.2d at 562.

*United States v. Glover*, 104 F.3d 1570, 1583-84 (10th Cir. 1997).

## **CONCLUSION**

Defendant submits that after a full examination of the facts surrounding these incidents, this Court will conclude the alleged consent to search was not freely, voluntarily and knowingly made and all evidence seized as a result of the searches should be suppressed.

Respectfully submitted,

s/Steven K. Gradert
STEVEN K. GRADERT
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Steve_Gradert@fd.org
KS Sup. Ct. No. 12781

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008, I electronically filed the foregoing MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE SEIZED FROM ALLEGED CONSENSUAL SEARCHES with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>D. Christopher Oakley
>Special Assistant U.S. Attorney
>301 N. Main, Suite 1200
>Wichita, KS  67202

one copy mailed to:

>Todd R. Gehringer
>c/o Butler County Jail
>701 S. Stone Road
>El Dorado, KS 67042

>s/Steven K. Gradert
>STEVEN K. GRADERT
>Assistant Federal Public Defender
>Federal Public Defender Office
>301 N. Main, Suite 850
>Wichita, KS 67202
>Telephone: (316) 269-6445
>Fax: (316) 269-6175
>E-mail: Steve_Gradert@fd.org
>KS Sup. Ct. No. 12781