# CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

## CASE NO. 07-10223   MLB

| WITNESSES FOR   PLAINTIFF | | WITNESSES FOR   DEFENDANT | |
|---|---|---|---|
| **Date** | **Name** | **Date** | **Name** |
| 6/3/08 | Chad Cooper | 6/6/08 | Todd Gehringer |
| | Ricki Starks | | |
| | Jeffrey McVay | | |
| | Anne Keazer | | |
| | Christopher Nixon | | |
| 6/4/08 | Jeramy Walfram | | |
| | Kenton Connor | | |
| | Kevin Bradford | | |
| | Stephen Gravatt | | |
| | Nelda Hunter | | |
| | Mike Jones | | |
| | Mary Ayers | | |
| | Lillian Ngong | | |
| | Randall Fornshell | | |
| | Wes Williamson | | |