Case No 07-10223
USA v Todd Gehringer

FILED
U.S. District Court
District of Kansas
JUN 09 2008
Clerk, U.S. District Court
By ______ Deputy Clerk

USA exhibits

| Ex. No | Description | Witness | Admitted |
|---|---|---|---|
| | *(October 10, 2006 incident)* | | |
| 101 | 4 plastic baggies of meth | Ofc. Cooper | ✓ |
| 102 | Digital scales | Ofc. Cooper | ✓ |
| 103 | | | |
| 104 | glass pipe | Ofc. Cooper | ✓ |
| 105 | empty baggies | Ofc. Cooper | ✓ |
| 106 | Bag with oxycotin | Ofc. Cooper | ✓ |
| 107 | Loratab/hydrocodone | Ofc. Cooper | |
| 108 | Misc. Pills | | ✓ |
| | *(December 19, 2006 incident)* | | |
| 201 | Cobra .32 cal handgun | Ofc. McVay | ✓ |
| 202 | Baggie with meth | Ofc. McVay | \| |
| 203 | marijuana | Ofc. McVay | \| |
| 204 | Brown Jersey glove | Ofc. McVay | \| |
| 205 | Scales | Ofc. McVay | \| |
| 206 | $334.80 U.S. Currency | Ofc. McVay | \| |
| 207 | Black bag with pipe, rolling papers, etc. | Ofc. McVay | \| |
| 208a | Photograph of parking lot | Ofc. McVay | \| |
| 208b | Photograph of interior of truck | Ofc. McVay | \| |
| 208c | Photograph of close up of gun, cell phone | Ofc. McVay | \| |
| 208d | Photograph of black bag & contents | Ofc. McVay | \| |
| 209 | Property receipt signed by Defendant | Annie Kessler | |
| | *(February 26, 2007 incident)* | | |
| 301 | Marijuana | Mike Jones | ✓ |
| 302 | Pills - hydrocodone | Mike Jones | ✓ |
| 303 | Hamilton .22 rifle Did not test fire | Mike Jones | ✓ |
| 304 | Winchester .22 rifle | Mike Jones | \| |
| 305 | Marlin .22 rifle | Mike Jones | \| |
| 306 | Rohm .22 derringer | Mike Jones | \| |
| 307 | Marlin .22 rifle | Mike Jones | \| |
| 308 | Springfield .410 shotgun | Mike Jones | \| |
| 309 | Franchi ~~12~~ ga shotgun | Mike Jones | \| |
| 310 | Harrington & Richardson .32 revolve (Model Premiere) | Mike Jones | \| |
| 311 | Harrington & Richardson .32 revolver (Mod 733) | Mike Jones | \| |
| 312 | Mauser 7 x 57 rifle - did not test fire | Mike Jones | \| |
| 313 | Rossi .38 special revolver | Mike Jones | \| |
| 314 | Colt .38 revolver | Mike Jones | \| |
| 315 | Box designed to look like book | Mike Jones | \| |
| 316 | ATF abandonment form | Mike Jones | \| |
| | *(May 25, 2007 incident)* | | |
| 401 | Marlin .30 - .30 Win rifle | Ofc. Nixon | ✓ |
| 402 | Sears & Roebuck 12 ga Model 20 | Ofc. Nixon | ✓ |

| | | | |
|---|---|---|---|
| 403 | Sears & Roebuck 12 ga Model 11 | Ofc. Nixon | ✓ |
| 404 | Marijuana | Ofc. Nixon | ✓ |
| 405 | Methamphetamine | Ofc. Nixon | ✓ |
| 406 | Rolling papers | Ofc. Nixon | ✓ |
| 407 | Scales | Ofc. Nixon | ✓ |
| 408 | $300 US currency | Ofc. Nixon | ✓ |
| 409 | Scanner | Ofc. Conner | ✓ |
| 410a | Photograph of kitchen | Ofc. Nixon | ✓ |
| 410b | Photograph of bedroom | Ofc. Nixon | ✓ |
| 410c | Photograph of living room | Ofc. Nixon | ✓ |
| 410d | Photograph of shotgun in closet | Ofc. Nixon | ✓ |
| 410e | Photograph of Scales | Ofc. Nixon | |
| 410f | Photograph of shotgun in closet | Ofc. Nixon | ✓ |
| 410g | Photograph of handgun under mattress | Ofc. Nixon | |
| 410h | Photograph of rifle | Ofc. Nixon | ✓ |
| 410i | Photograph of scanner in kitchen | Ofc. Conner | ✓ |
| | | | |
| | *(December 3, 2007 incident)* | | |
| 501 | Consent to search form | Kevn Bradford | ✓ |
| 502 | Miranda Waiver | Kevin Bradford | ✓ |
| 503 | Storage unit rental agreement | Mike Jones | ✓ |
| 504a | J.P. Sauer and Sohn 20 gauge shotgun | Mike Jones | ✓ |
| 504b | Davis Industries .22 derringer | Mike Jones | ✓ |
| 505a | Ruger .44 Redhawk handgun | Mike Jones | ✓ |
| 505b | Ruger.45 Blackhawk handgun | Mike Jones | ✓ |
| 505c | Ruger .357 Blackhawk sn 35-34432 | Mike Jones | ✓ |
| 505d | Ruger .357 Blackhawk sn 32-47482 | Mike Jones | ✓ |
| 505e | S & W Model 60 .38 special handgun | Mike Jones | ✓ |
| 505f | Llama .45 handgun | Mike Jones | ✓ |
| 506 | Marijuana - 1.5 grams | | ✓ |
| 507a | Baggie with meth | Steve Gravatt | ✓ |
| 507b | Baggie with meth | Steve Gravatt | ✓ |
| 507c | Baggie - no controlled substance found | Steve Gravatt | ✓ |
| 508 | Coffee filter w/ meth | Wes Williamson | ✓ |
| 509 | Plastic baggies | | ✓ |
| 510 | scales, baggies, pipe (from def's person | Kevin Bradford | ✓ |
| 511a | Photo of baggies def tossed | Steve Gravatt | ✓ |
| 511b | Photo of baggies (closeup) | Steve Gravatt | ✓ |
| 511c | Photo of third baggie by fence | Steve Gravatt | ✓ |
| 512a | Photog of baggies from house | Wes Williamson | ✓ |
| 512b | Photo of coffee filters from house | Wes Williamson | ✓ |
| 513a | Photo of storage unit | Mike Jones | ✓ |
| 513b | Photo of bag inside storage unit | Mike Jones | ✓ |
| 513c | Photo of guns laid out | Mike Jones | ✓ |
| 513d | Photo of ammo cans | Mike Jones | ✓ |
| 513e | Photo of ammo in cans | Mike Jones | ✓ |