```
 1                    (Beginning at 4:00 p.m. the
 2                         following proceedings
 3                         continued.)
 4            THE COURT:  Who was elected the foreperson?
 5    Mr. Evans.  Has the jury reached a verdict?
 6    A    Yes, we have.
 7            THE COURT:  All right.  Please pass the forms
 8    to Ms. Schreffler.
 9                    (Mr. Evans complies with
10                         request.)
11            THE COURT:  The Defendant will rise to hear
12    the reading of the verdict.
13            MS. SCHREFFLER:  We the jury, duly impaneled
14    and sworn, upon our oaths, find the Defendant, Todd R
15    Gehringer, guilty as charged in Count 1 of the
16    Indictment; finding unanimously that the Defendant
17    possessed all of the firearms in Count 1.
18        Guilty as charged in Count 2 of the Indictment.
19        Guilty as charged in Count 3 of the Indictment.
20        Guilty as charged in Count 4 of the Indictment.
21        Guilty as charged in Count 5 of the Indictment.
22        Guilty as charged in Count 6 of the Indictment.
23        Guilty as charged in Count 7 of the Indictment;
24    finding unanimously that the Defendant possessed all of
25    the firearms listed in Count 7.
```

1        Guilty as charged in Count 8 of the Indictment.
2        Guilty as charged in Count 9 of the Indictment.
3        Guilty as charged in Count 10 of the Indictment;
4   finding unanimously that the Defendant possessed the
5   firearms listed in Count 10.
6        Guilty as charged in Count 11 of the Indictment.
7        And guilty as charged in Count 12 of the
8   Indictment.
9        Dated today's date and signed by the foreperson.
10            THE COURT:  Poll the jury.
11   Q   (By Ms. Schreffler.)  Ms. Jones, was that and is
12   that your verdict?
13   A   Yes.
14   Q   Mr. Cagle, was that and is that your verdict?
15   A   Yes.
16   Q   Ms. DeCoudres, was that and is that your verdict?
17   A   Yes.
18   Q   Ms. Oatsdean, was that and is that your verdict?
19   A   Yes.
20   Q   Ms. Untivero, was that and is that your verdict?
21   A   Yes.
22   Q   Ms. Noakes, was that and is that your verdict?
23   A   Yes.
24   Q   Ms. Kraft, was that and is that your verdict?
25   A   Yes.

1   Q   Mr. Spence, was that and is that your verdict?
2   A   Yes.
3   Q   Mr. Evans, was that and is that your verdict?
4   A   Yes.
5   Q   Mr. Disberger, was that and is that your verdict?
6   A   Yes.
7   Q   Mr. Palmateer, was that and is that your verdict?
8   A   Yes.
9   Q   And Mr. Buan, was that and is that your verdict?
10  A   Yes.
11              THE COURT:  Counsel satisfied with the poll of
12  the jury?
13              MR. OAKLEY:  Yes, Your Honor.
14              MR. GRADERT:  Yes, Your Honor.
15              THE COURT:  You may be seated.  Well, thank
16  you very much, Ladies and Gentlemen, on behalf of the
17  court and also on behalf of counsel.  I do not permit
18  counsel to talk with the jurors after the trial is over.
19  The jurors can talk with counsel if they want, but I've
20  found over time -- and with these lawyers who I know
21  well, particularly Mr. Gradert who's been here longer
22  than I have and has been in here countless times, it is
23  not a problem to talk -- for them to talk to you or vice
24  versa about this particular case.  But it is a problem
25  for -- in some cases and I have to maintain a strict

```
 1    rule.  I can't start playing favorites, so to speak, and
 2    allowing certain lawyers to talk to jurors and other
 3    lawyers not to talk to jurors.  And, besides, it's been
 4    my impression from talking to jurors over the years that
 5    they don't want to talk to the lawyers anyway.  But
 6    thank you very much and you can return to your jury
 7    room.
 8                    (Jury excused at 4:05 p.m.)
 9              THE COURT:  Do you have a sentencing date,
10    Carolyn?
11              MS. LARY:  Yes.  August 25 at 9:30.
12              THE COURT:  Well, thank you very much.  I want
13    the Government to take the exhibits.
14              MR. OAKLEY:  All right.
15              THE COURT:  Any objection to that,
16    Mr. Gradert?
17              MR. GRADERT:  No objection, Your Honor.
18              THE COURT:  All right.
19                    (Adjourned at 4:05 p.m.)
20
21
22
23
24
25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4         I, Cindy L. Schwemmer, United States Court
 5   Reporter in and for the District of Kansas, do hereby
 6   certify:
 7         That the above and foregoing proceedings were
 8   taken by me at said time and place in stenotype;
 9         That thereafter said proceedings were
10   transcribed under my direction and supervision by means
11   of computer-aided transcription, and that the above
12   and foregoing constitutes a full, true and correct
13   transcript of said proceedings;
14         That I am a disinterested person to the said
15   action.
16         IN WITNESS WHEREOF, I hereto set my hand on
17   this the 8th day of December, 2008.
18
19
20
21                              s/ Cindy L. Schwemmer
22                                 Cindy L. Schwemmer
23                              United States Court Reporter
24
25
```

Cindy L. Schwemmer, Certified Shorthand Reporter
United States District Court, Wichita, Kansas