1        IN THE UNITED STATES DISTRICT COURT

2                   DISTRICT OF KANSAS

3

4

UNITED STATES OF AMERICA,        )
5                                 )
                        Plaintiff,) District Court
6                                 ) Case No. 07-10223
vs.                               ) Circuit Court
7                                 ) Case No. 08-3260
TODD R. GEHRINGER,                )
8                                 )
                        Defendant,)    **INDEX**
9                                 ) **FOR JURY TRIAL**
   _____   **Transcripts**
10                                     **Vol I and II**

11

12

13        **INDEX FOR JURY TRIAL TRANSCRIPTS**

14

        On the 3rd day of June, 2008, came on to be heard
15 **Jury Trial** in the above-entitled and numbered cause
   before the HONORABLE MONTI L. BELOT, Judge of the United
16 States District Court for the District of Kansas,
   Sitting in Wichita.

17

18

19

20

21 APPEARANCES

22     The Plaintiff appeared by and through Mr. Chris
   Oakley and Mr. Matt Treaster:
23
       The Defendant appeared by and through Mr. Steve
24 Gradert.

25

         Cindy L. Schwemmer, Certified Shorthand Reporter
           United States District Court, Wichita, Kansas

```
 1            W I T N E S S    I N D E X

 2    JUNE 3, 2008:

 3    Arraignment:                                4
      Voir Dire NOT Transcribed
 4    Preliminary Instructions to Jury:           6
      Opening Statements NOt Transcribed
 5
      WITNESS
 6
      CHAD COOPER
 7    Direct Examination by Mr. Oakley:          19
      Cross Examination by Mr. Gradert:          46
 8    Redirect Examination by Mr. Oakley:        64
      RICKI STARKS
 9    Direct Examination by Mr. Oakley:          68
      Cross Examination by Mr. Gradert:          73
10    JEFFREY McVAY
      Direct Examination by Mr. Oakley:          76
11    Cross Examination by Mr. Gradert:         113
      Redirect Examination by Mr. Oakley:       121
12    Recross Examination by Mr. Gradert:       122
      ANNE KEAZER
13    Direct Examination by Mr. Oakley:         124
      Cross Examination by Mr. Gradert:         127
14    CHRISTOPHER NIXON
      Direct Examination by Mr. Oakley:         130
15    Cross Examination by Mr. Gradert:         156
      Redirect Examination by Mr. Oakley:       166
16

17    JUNE 4, 2008:

18    JERAMY WOLFRAM
      Direct Examination by Mr. Treaster:       174
19    Cross Examination by Mr. Gradert:         181
      KENTON CONNOR
20    Direct Examination by Mr. Oakley:         187
      Cross Examination by Mr. Gradert:         192
21    KEVIN BRADFORD
      Direct Examination by Mr. Treaster:       194
22    Cross Examination by Mr. Gradert:         208
      STEPHEN GRAVATT
23    Direct Examination by Mr. Treaster:       218
      Cross Examination by Mr. Gradert:         227
24    NELDA HUNTER
      Direct Examination by Mr. Oakley:         230
25    Cross Examination by Mr. Gradert:         231
      Direct Examination by Mr. Oakley:         233
```

```
 1    MIKE JONES
      Direct Examination by Mr. Oakley:       234
 2    Cross Examination by Mr. Gradert:       283
      Redirect Examination by Mr. Oakley:     308
 3    MARY AYERS
      Direct Examination by Mr. Treaster:     309
 4    Cross Examination by Mr. Gradert:       322
      LILLIAN NGONG
 5    Direct Examination by Mr. Treaster:     325
      Cross Examination by Mr. Gradert:       334
 6    RANDALL FORNSHELL
      Direct Examination by Mr. Treaster:     337
 7    Cross Examination by Mr. Gradert:       341
      LILLIAN NGONG
 8    Direct Examination by Mr. Treaster:     343
      WES WILLIAMSON
 9    Direct Examination by Mr. Oakley:       345
      Cross Examination by Mr. Gradert:       378
10

11    MOTION                                  399

12    STIPULATION READ TO JURY:               405

13    JUNE 6, 2008:

14    ARGUMENT ON INSTRUCTIONS:               408

15    TODD GEHRINGER
      Direct Examination by Mr. Gradert:      441
16    Cross Examination by Mr. Oakley:        477
      Redirect Examination by Mr. Gradert:    514
17    Recross Examination by Mr. Oakley:      518

18    JUDGE BELOT READS INSTRUCTIONS TO JURY: 521

19    Closing Argument NOT Transcribed

20    VERDICT                                 522

21    Certificate of Certified Shorthand Reporter:  526
```

Case 6:07-cr-10223-MLB   Document 69   Filed 12/16/08   Page 4 of 4

4

# EXHIBIT INDEX

| EXHIBIT | M | O | I | EXHIBIT | M | O | I |
|---|---|---|---|---|---|---|---|
| 101-A |  |  |  | 407 | 147 | 147 | 147 |
| -B |  |  |  | 408 | 155 | 156 | 156 |
| -C |  |  |  | 409 | 190 | 191 | 191 |
| -D | 39 | 334 | 334 | 410-A | 136 | 136 | 136 |
| 102 | 40 | 40 | 41 | 410-B | 137 | 137 | 137 |
| 104 | 37 | 37 | 37 | 410-C | 138 | 138 | 138 |
| 105 | 41 | 42 | 42 | 410-F | 144 | 145 | 145 |
| 106 | 42 | 334 | 334 | 410-H | 142 | 142 | 142 |
| 107 | 42 | 334 | 334 | 410-I | 190 | 190 | 190 |
| 108 | 42 | 334 | 334 | 501 | 206 | 206 | 206 |
| 201 | 97 | 98 | 98 | 502 | 202 | 203 | 203 |
| 201-A | 107 | 107 | 107 | 503-A | 268 | 269 | 269 |
| 202 | 102 | 102 | 102 | 504-A | 353 | 353 | 353 |
| 203 | 103 | 103 | 103 | 504-B | 354 | 355 | 355 |
| 204 | 98 | 98 | 98 | 505-A | 272 | 272 | 272 |
| 205 | 103 | 103 | 103 | 505-B | 272 | 272 | 272 |
| 206 | 111 | 112 | 112 | 505-C | 272 | 272 | 273 |
| 207 | 100 | 100 | 100 | 505-D | 273 | 273 | 273 |
| 207-A | 317 | 318 | 318 | 505-E | 273 | 273 | 273 |
| 207-B | 317 | 318 | 318 | 505-F | 273 | 273 | 273 |
| 208-A | 84 | 84 | 84 | 506 | 226 | 227 |  |
| 208-B | 96 | 96 | 96 | 507 | 226 | 227 |  |
| 208-C | 99 | 99 | 99 | 507-A | 227 | 227 | 227 |
| 208-D | 101 | 101 | 101 | 507-B | 227 | 227 | 227 |
| 209 | 125 | 126 | 127 | 507-C | 227 | 227 | 227 |
| 301 | 258 | 258 | 258 | 508 | 321 | 350 | 350 |
| 302 | 260 | 260 | 260 | 509 | 348 | 349 | 349 |
| 303 | 248 | 249 | 249 | 510 | 200 | 200 | 200 |
| 304 | 253 | 253 | 253 | 511-A | 224 | 225 | 225 |
| 305 | 249 | 249 | 249 | 511-B | 225 | 225 | 225 |
| 306 | 257 | 257 | 258 | 511-C | 225 | 225 | 225 |
| 307 | 252 | 252 | 252 | 512-A | 347 | 347 | 347 |
| 308 | 250 | 251 | 251 | 512-B | 351 | 351 | 351 |
| 309 | 252 | 252 | 252 | 513 | 276 | 276 | 276 |
| 310 | 254 | 254 | 254 | 513-A | 271 | 271 | 271 |
| 311 | 255 | 255 | 255 | 513-B | 274 | 274 | 274 |
| 312 | 251 | 252 | 252 | 513-C | 275 | 275 | 275 |
| 313 | 255 | 256 | 256 | 513-D | 276 | 276 | 276 |
| 314 | 255 | 255 | 255 | 601 | 405 | 405 | 405 |
| 315 | 259 | 259 | 259 |  |  |  |  |
| 316 | 247 | 248 | 248 |  |  |  |  |
| 401 | 142 | 143 | 143 |  |  |  |  |
| 402 | 146 | 146 | 146 |  |  |  |  |
| 403 | 156 | 156 | 156 |  |  |  |  |
| 404 | 140 | 141 | 141 |  |  |  |  |
| 405 | 150 | 153 | 153 |  |  |  |  |
| 406 | 150 | 150 | 150 |  |  |  |  |